UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAVIER EMILIO FLORES COLINA,

        Plaintiff,                      Case No. 1:26–cv–00013–HYJ–RSK

        v.                                Hon. Hala Y. Jarbou

KEVIN RAYCRAFT,

        Defendant.

_____/

## ORDER

    The Court having reviewed Petitioner's motion to accept late filing, **IT IS ORDERED** that the motion (ECF No. 14) is **DENIED**.

    IT IS SO ORDERED.

Dated:  June 10, 2026                  /s/ Hala Y. Jarbou
                                      HALA Y. JARBOU
                                      Chief United States District Judge